UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT OWENS, suing by and on behalf of his minor daughter, CANDACE OWENS | : : : | |
| VS. | : : | cv_____ |
| STAMFORD BOARD OF EDUCATION | : | MAY 24, 2007 |

## **C O M P L A I N T**

1.  This is an action by a female student against a public school system which is the recipient of federal funds, for knowingly failing and refusing to protect her from continued contact with and harassment by students who threatened to kill her and her family on account of her race. The plaintiff is an African-American. The students who threatened to kill her are white.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 of the United States Code and this court's supplementary jurisdiction over the plaintiff's causes of action under state law.

3.  The plaintiff is Robert Owens who is the father and next friend of his daughter Candace Owens. Ms. Owens is a minor at the time of the filing of this action.

4.  Ms. Owens attends the Stamford High School.

5.  The defendant Stamford Board of Education operates the public school system for the Town of Stamford.  Stamford High School is a part of that school system. The defendant receives federal funds for the operation of its public school systems.

6.  On February 3, 2007 and February 4, 2007, Ms. Owens received a series

of threatening telephone calls. The callers engaged in hate speech inspired by racial animus, calling her a "dirty nigger," a "fucking nigger," a "tar and feather nigger," a "fucking whore," and other offensive names. The callers also made the following statements: "I'm gonna fucking kill you," "I'm going to burn your house down you fucking nigger," "You're going to get a bullet in the back of your neck," "You're going to fucking die," and other speech acts designed and intended to cause terror.

7. Ms. Owens recognized the voices of the callers as classmates of hers at the Stamford High School.

8. On Monday, February 5, 2007, Ms. Owens and her parents notified the Stamford High School of their concern for the plaintiff's safety, and of the identity of the callers. The Stamford Police Department was notified immediately of the threat to the plaintiff's life.

9. Ms. Owens told school officials that she knew the identity of several of the callers.

10. Despite the facts described above, the defendant has taken no disciplinary action whatsoever any of the callers, all of whom have been identified as students at Stamford High School. Upon information and belief, the defendant failed to act in part because one of the callers is the son of Stamford Mayor Dan Malloy.

11. Despite the facts described above, the defendant has elected to permit the callers to continue openly attending classes and participating in extracurricular activities at Stamford High School.

12. Despite the facts described above, the defendant has made no effort whatsoever to protect Ms. Owens from contact with the callers and their friends.

13. As a result, Ms. Owens has been subjected to repeated contact with and threats and harassment by the callers and their friends, including physical contact and being publicly taunted, mocked and bullied inside the Stamford High School building.

14. Despite actual knowledge of all the above facts, the defendants have continued to do nothing to protect Ms. Ownes from such repeated harassment and intimidation by the young men and their friends.

15. As a result of the defendant's failure to protect her, the plaintiff was unable to attend classes on school grounds, and was, for a time, tutored at home.

16. In the manner described above, the defendant has, on the basis of the Ms. Owen's race, excluded her from participation in, denied her the benefits of, and/or subjected her to discrimination under an education program or activity receiving Federal financial assistance in violation of Title IX of the Educational Amendments of 1972, Sections 1681 - 1688 of Title 20 of the United States Code.

17. The conduct of the defendant described above has been extreme and outrageous and has been carried out with actual knowledge that it probably will cause Ms. Owens to suffer severe emotional distress and in reckless and/or malicious and wanton disregard of such consequence.

18. As a direct and proximate result of the acts and omissions of the defendant described above, Ms. Owens has suffered severe emotional distress.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

**CLAIM FOR JURY TRIAL**

The plaintiff claims trial by jury.

                THE PLAINTIFF


                BY:__/s/_____/s/____
                     NORMAN A. PATTIS
                     Federal Bar No. ct13120
                     649 Amity Road
                     Bethany, CT 06524
                     203.393.3017
                     203.393.9745
                     napatty1@aol.com