UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT OWENS, suing by and on behalf of his minor daughter, CANDACE OWENS, | : | CIVIL ACTION NO. 3:07cv829 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| STAMFORD BOARD OF EDUCATION, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed, with prejudice, and that each party shall bear its own attorneys' fees and costs.

The parties further stipulate and agree that the Court shall maintain jurisdiction over this matter for purposes of enforcing the parties' agreement resolving this dispute.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| By: *[signature]* <br> Norman A. Pattis (ct13120) <br> 649 Amity Road <br> Bethany, CT 06524 <br> Tel: (203) 393-3017 <br> Fax: (203) 393-9745 <br> napatty1@aol.com | By: *[signature] PM Fahey* <br> Patrick M. Fahey (ct13862) <br> Lee A. Duval (ct 23387) <br> For Shipman & Goodwin LLP <br> One Constitution Plaza <br> Hartford, Connecticut 06103 <br> Tel: (860) 251-5000 <br> Fax: (860) 251-5219 <br> pfahey@goodwin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*[signature] PM Fahey*